IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO FARM CREDIT, ACA

Plaintiff

v.

ALBERTO DAPENA DEL VALLE; PROSITE BUILDERS, LLC

Defendants

CIVIL NO. 23- ( )

COLLECTION OF MONEY AND FORECLOSURE OF MORTGAGE

**COMPLAINT**

**TO THE HONORABLE COURT**:

**COMES NOW** the plaintiff, Puerto Rico Farm Credit, ACA, through its undersigned attorneys and very respectfully states, alleges, and prays:

1. Plaintiff, Puerto Rico Farm Credit, ACA ("PRFC"), is a corporation, successor in right of the Puerto Rico Production Credit Association, a Lending Cooperative Association that is an instrumentality of the United States of America (Farm Credit Act of Nineteen Seventy One (1971)) as amended, with principal offices in San Juan, Puerto Rico, and the mortgage loan hereinafter referred to was a financial operation transacted within the Commonwealth of Puerto Rico. Plaintiff, Puerto Rico Farm Credit, ACA, is the HOLDER IN DUE COURSE of the MORTGAGE NOTE herein foreclosed.

2. To plaintiff's best knowledge and belief, defendants Alberto Dapena Del Valle is of legal age, property owner, single and resident of San Juan, Puerto Rico and is not incompetent nor in the military service of the United States of America.

3. To plaintiff's best knowledge and belief, defendant Prosite Builders ,LLC. Is a limited liability company constituted pursuant to the Laws of the Commonwealth of Puerto Rico with offices in San Juan, Puerto Rico.

4. This Honorable Court has jurisdiction of the above-entitled case pursuant to 12 U.S.C.A., Sec. 632.

5. On February 12, 2021, defendants Alberto Dapena Del Valle and Prosite Builders, LLC subscribed a Promissory Note in the principal amount of $181,900.00, with interest at the rate of 5.25% per annum, payable to the order of the Puerto Rico Farm Credit, ACA in the following manner:

A. On March 1, 2021 an installment of the interests accrued up to that date.

B. Starting on April 1, 2021, 299 monthly installments payable on the first (1st) day of each successive month of principal and interest in the amount of $1,090.03 until payment in full.

Said note was subscribed before Notary Public Carlos Tomassini Ramírez, Affidavit Number 14,713, hereinafter referred to as the "Promissory Note", a true and correct copy of which Note is attached hereto as **Exhibit A**.

6. Through a document titled Mortgage Note Pledge and Security Agreement, executed on February 12, 2021 before Notary Carlos Tomassini Ramírez, affidavit no. 14,715, **(Exhibit B)**, defendant Alberto Dapena Del Valle delivered to PRFC as guarantee of the payment of the loan represented by the Promissory Note the following:

Mortgage Note subscribed by defendant Alberto Dapena Del Valle on February 12, 2021 for the principal amount of $181,900.00, with interest at the rate of 5.25% per annum, which interest rate could be increased or lowered according to the provisions of the Promissory Note executed on February 12, 2021, payable to the Puerto Rico Farm Credit, ACA according to the terms stated in paragraph 5 of this Complaint. Said Mortgage Note, hereinafter referred to as the "Mortgage Note" is attached and identified as **Exhibit C**.

That defendant Alberto Dapena Del Valle guaranteed the payment of the Mortgage Note, plus credits for interest, costs, expenses and attorneys fees in the event of foreclosure and other credits, with a mortgage constituted pursuant to Deed Number 21 of Voluntary Mortgage, executed before Notary Public Carlos Tomassini Ramírez, on February 12, 2021, hereinafter referred to as the "Deed of Mortgage", a true and correct copy of which deed is attached hereto as **Exhibit D**, which mortgage encumbers the real estate property that is described hereafter in the Spanish language and which is recorded as follows:

> ---RUSTICA: Predio de terreno radicado en el Barrio Cupey de Rio Piedras, Puerto Rico, compuesto de NUEVE CUERDAS CON NOVENTA Y CINCO CENTÉSIMAS DE OTRA (9.95 CDAS.), equivalentes a tres (3) hectáreas, noventa una (91) áreas y siete (7) centiáreas, linda por el NORTE, con Sucesión Gómez, Santiago Sánchez, hoy con terrenos pertenecientes a Bonifacio Gómez y Guillermo Godreau; por el SUR, con terrenos pertenecientes a Herminio Jensen, antes Don Silvestre Miranda hasta salir de la carretera de Cupey Alto; por el ESTE, con Nicomedes Ramos, Merquíades Guzmán y por el OESTE, con el Río "Rio Piedras".-----------------
> ---Enclava una casa de madera techada de zinc y un establo de madera techado de zinc que mide veinte pies (20') por catorce pies (14').

The mortgage that is being foreclosed herein, that encumbers this property was recorded at the Karibe volume of Río Piedras South, property number 1460, eighteenth (18th) inscription, Registry of Property, Fourth (4th ) Section of San Juan.

7. That defendant Alberto Dapena Del Valle agreed pursuant to the terms of the Mortgage Note that in the event of default in the payment of the aforesaid indebtedness as the same became due, or any part thereof, or in the event of default in the performance of any of the terms, covenants or conditions of the mortgage securing its payment, the entire balance of the indebtedness could become immediately due and payable and that the mortgage could be foreclosed without notice to debtor.

8. That defendant Alberto Dapena Del Valle agreed pursuant to the terms of the Deed of Mortgage to pay to the owner and holder of the Mortgage Note an amount equal to 10% of its principal but not less than $500.00 as a fixed and liquid amount to cover the costs, expenses and attorneys fees in case of foreclosure or other judicial proceedings for the collection of the same, whereof the defendant is bound to pay to the plaintiff, the sum of $18,190.00 for such concept.

9. That defendant Alberto Dapena Del Valle, for value received, delivered the Mortgage Note to the Puerto Rico Farm Credit, ACA, who is the present owner and holder of the same.

10. That the following amounts have become due and payable and have not been paid by the defendants or by any other party on their behalf in spite of plaintiff's diligences:

The sum of $177,655.98 of principal; plus $1,041.11 for late charges, plus $7,908.10 of accrued interest on principal as of February 14, 2023, plus interest on unmatured principal accruing thereafter at the rate 7.25 % per annum, equivalent to $35.436000 daily until the date of its full payment, less $976.56 in unapplied payments, plus the sum of $18,190.00 as a fixed and liquid amount for the costs, expenses and attorneys fees.

11. That the plaintiff has executed a Petition to the Registrar of the Property requesting that a preventive annotation be annotated in regard to the above captioned case.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter Judgment in favor of the Puerto Rico Farm Credit, ACA:

Condemning defendants Alberto Dapena Del Valle and Prosite Builders, LLC to jointly and severally pay to plaintiff the following amounts;

The sum of $177,655.98 of principal; plus $1,041.11 for late charges, plus $7,908.10 of accrued interest on principal as of February 14, 2023, plus interest on unmatured principal accruing thereafter at the rate 7.25 % per annum, equivalent to $35.436000 daily until the date of its full payment, less $976.56 in unapplied payments, plus the sum of $18,190.00 as a fixed and liquid amount for the costs, expenses and attorneys fees.

Decreeing the public sales of the real estate property described in this Complaint for the payment of said amounts and instructing the Marshal of this Honorable Court to deliver the possession of said property to the successful bidders within 20 days from the date of

such sales and, if necessary for such purpose, to evict any occupants of said property without need of any further instructions. And if the proceeds of the sale are insufficient to pay the amount adjudicated herein to plaintiff, a deficiency Judgment for the balance be provided.

Granting any other remedy at law available to the plaintiff herein.

At San Juan, Puerto Rico, this 22[d] day of March, 2023.

Carlos C. Santiago González
Urb. Los Maestros
508 Carlota Matienzo
San Juan, PR 00918-3229
Tel: (787) 764-4387, 771-9666
Fax: (787) 764-4387

S/CARLOS C. SANTIAGO GONZÁLEZ

VERIFICATION

I, Ricardo L. Fernández Cruz, of legal age, married, an executive and resident of San Juan, Puerto Rico, under penalty of perjury depose and say:

1. That my name and personal circumstances are as stated hereinbefore.

2. That I am the President and Chief Executive Officer of Puerto Rico Farm Credit ACA with sufficient delegated power and authority to execute this Verification on behalf of Puerto Rico Farm Credit, ACA, and execute this Verification under penalty of perjury in such capacity.

3. That I have read the preceding Complaint; that the same has been drafted according to the instructions from Puerto Rico Farm Credit, ACA, and that all statements made therein, specifically the statements made in regard to the amounts owed by the defendants and the mortgage guaranteeing the payment of the same, are true.

4. That the Exhibits attached to the Complaint are a true and correct copy of their originals, which are in the Bank's hands.

5. That the amounts owed by the defendants remain unpaid in spite of plaintiff's efforts to collect the same and that such amounts are due and owing to the plaintiff.

6. That to my better knowledge and belief and as it appears from the Bank's records, defendants are neither infant nor incompetent and they are not in the military service of the United States of America.

7. That the plaintiff does have a good and just cause of action which warrants the granting of relief against defendants.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

At San Juan, Puerto Rico, this 22d day of March, 2023.

S/RICARDO L. FERNÁNDEZ CRUZ