PUERTO RICO
FARM CREDIT, ACA

# PROMISSORY NOTE

***San Juan,** Puerto Rico* Loan Number: ***01204585-10***

Principal: ***$181,900.00*** Maturity: ***March 1st, 2046***

FOR VALUE RECEIVED, the undersigned debtors ***Alberto Dapena Del Valle and Prosite Builders, LLC,*** ("Borrower"), jointly and severally promise to pay to the order of PUERTO RICO FARM CREDIT, ACA ("Lender") or holder of this Note, the principal sum of ***One Hundred Eighty One Thousand Nine Hundred Dollars ($181,900.00)***, together with interest from the date hereof, on the unpaid principal balance until Maturity or default, at a fixed interest rate **of five point twenty five percent (5.25%)** (the "Agreed Rate").

Interest shall be calculated on the basis of a Three Hundred Sixty (360) day year.

Principal and interest hereunder, in lawful money of the United States of America, shall be paid by the Borrower at the Puerto Rico office of Lender, 213 Domenech Avenue, Hato Rey, Puerto Rico 00918, or at such other place as shall be from time to time specified.

This obligation will be paid in the following manner:

> The repayment shall be made in two hundred ninety nine (299) equal and consecutive payments of principal and interest in the amount of **$1,090.03** at the Agreed Rate and a final payment of the principal balance outstanding at that moment, accrued interests and any other amount pending. The first monthly installment shall become due and payable on **April 1st, 2021**, and the other consecutive monthly installments shall become due and payable on the first (1st) day of each month until payment in full of the Loan on the Maturity Date. An interest only payment due on **March 1st, 2021.**

If any default is made in the payment of any installment under this Note or in the performance of the terms hereof, then and thereafter without notice to the maker or any person liable hereunder, the Lender or holder of this Note (or either's pledge) may, at its option, declare the entire principal balance plus accrued interest to be immediately due and payable without waiver by the holder of the Note of any other rights. The Lender or holder of this Note may exercise this option to accelerate the full payment of this Note during any default regardless of any prior forbearance.

If suit is brought to collect this Note, the Lender or holder of this Note shall be entitled to collect in such proceeding the agreed and liquidated amount of ten percent (10%) of the original principal amount hereof to cover costs and expenses of suit, including but not limited to, attorney's fees.

The Borrower may at any time make advance payments on principal in any amount, without penalty, provided all accrued interest and all other expenses or charges due hereunder have been paid current. Such payment(s) shall operate to reduce the amount of unpaid installments and shall not, except by written agreement, operate to discharge the loan at an earlier date.

Every person at any time liable for the payment of the debt evidenced by this Note expressly authorizes the Lender or holder of this Note (or either's pledge) to immediately apply to the payment of this Note any sum of money or other property belonging to the Borrower or to any such person, deposited or otherwise in the hands of such Lender or holder (or pledge), provided, however, that neither this authority nor the fact that it may not be exercised, shall alter or modify in any manner the obligation herein incurred.

All makers, sureties, guarantors, endorsers hereof and every person at anytime liable for the payment of the debt evidenced by this Note hereby expressly waives demand, presentment, protest, notice of protest, notice of dishonor, suit and all other requirements otherwise necessary to hold them immediately liable for the payment hereof, and consent to all renewals, indulgences, extensions, and releases of personal liability and of security permitted by the Lender or holder of this Note. This Note shall be the joint and several obligations of all makers, sureties, guarantors. and

every person at any time liable for the payment of the debt evidenced by this Note and shall be binding upon them and their heirs, personal representatives, successors and assigns.

Every person, at any time liable for the payment of the debt evidenced by this Note hereby further agrees that any waiver by the Lender or holder of the Note (or pledge) hereof with respect to any default hereunder shall not release or discharge any such person from liability or alter or modify in any manner the obligation herein incurred.

At the option of Lender or the holder of this Note, any default in the terms and conditions of this Note or under any other written instrument given or executed to Lender or the holder of this Note or executed by the Borrowers to any other party and now owned or held by Lender or the holder of this Note shall constitute a default in the terms and conditions of any one or more or all such notes or other written instruments. Upon default, Lender or the holder of this Note, at its option, may declare this or all other indebtedness owed to be immediately due and payable and the unpaid principal balance shall thereafter bear interest at the rate(s) as provided in the Note(s) in effect at the time of default. At its option, Lender or the holder of this Note may cease to make any further advances under this Note and may foreclose upon or sell any or all of the security for this Note in such order as it may prefer; and to apply the proceeds of such sale upon any indebtedness owed Lender or the holder of this Note in any order which it may desire.

In the event Borrowers fail to immediately pay upon demand of Lender or the holder of this Note, any sums due or incurred by Lender, or the holder of this Note such as advances for payment of taxes, liens, assessments, insurance premiums, judgments or other charges on the property securing the payment of this Note, for any purpose stated in this Note, Lender, or the holder of this Note, may advance same, and all amounts so advanced shall become and be a part of the principal due hereunder and shall immediately be due and payable by the Borrowers to Lender, or the holder of this Note.

In the event the Borrower fails to pay when due any installment or installments of principal and/or interest (or portions thereof), and if same remains unpaid by the end of ten (10) calendar days after it is due, a late charge of $15 or three percent (3%) of the overdue installments, whichever amount is higher, shall be paid by Borrower to Lender or holder of the note, but if such ten (10) calendar day is a Saturday, Sunday or holiday, then the payment must be received the preceding labor day to that ten (10) calendar day.

If an installment is overdue and remains unpaid at the end of thirty (30) calendar days, or Borrower is otherwise in default under the terms and conditions of this Note and said default is not cured within thirty (30) calendar days of notice thereof, the prevailing interest rate on the entire indebtedness may be increased by two percent (2%) beginning the thirty first (31st) calendar day.

In the event of any error or omission in this Note or in the instrument securing it, Borrower will promptly, at the request of Lender or the holder of this Note, execute a new Note and other written instruments deemed necessary by the Lender, or the holder of this Note, to correct such error or omission, and will pay promptly upon demand all attorneys fees, costs and expenses incurred in connection therewith.

In the event of any inconsistencies between this Note and any other instrument, the terms of this Note shall prevail.

---ORIGINATOR OF A MORTGAGE LOAN: **Héctor M. Aponte** and her identification number of the Nationwide Multistate Licensing System (NMLS):one two four two four three four (1242434).

---MORTGAGE LENDER: **Puerto Rico Farm Credit, ACA** and its identification number of the Nationwide Multistate Licensing System (NMLS) is: five four four two nine zero (544290).

**IN WITNESS WHEREOF,** the Borrowers have duly executed and delivered this Note in San Juan, Puerto Rico, on this February 12, 2021.

Name: Alberto Dapena Del Valle,
by himself and in representation of
Prosite Builders, LLC



Rev. 2/15

Affidavit No.: 14,713

Acknowledged and subscribed before me by **Alberto Dapena Del Valle, by himself and in representation of Prosite Builders, LLC,** of legal age, single, merchant and resident of San Juan, Puerto Rico, whom I not known personally and identified with all the requirements of article 17(c) of the Notarial Law in force, by his driver's license, with photography and signature, number 1906134.

In ***San Juan,*** *Puerto Rico,* this February 12, 2021.

NOTARY PUBLIC

CARLOS TOMASSINI RAMIREZ
PUERTO RICO
ABOGADO-NOTARIO



Rev. 2/15