PUERTO RICO
FARM CREDIT, ACA

# MORTGAGE NOTE

San Juan, Puerto Rico

Principal: ***$181,900.00***

Deed ***#21***

Maturity: ***On demand***

FOR VALUE RECEIVED, the undersigned mortgage debtors **Alberto Dapena Del Valle,** (the "Debtor"), jointly and severally promise(s) to pay to the order of **PUERTO RICO FARM CREDIT, ACA** (the "Lender") or to the holder of this Mortgage Note the principal sum of **One Hundred Eighty One Thousand Nine Hundred Dollars ($181,900.00),** together with interest on the outstanding principal balance owed from the date hereof and until said principal and interest have been paid in full. The outstanding principal balance will accrue interest, according to what has been provided on the Promissory Note executed on this date between the Debtor and the Lender, including any changes, amendments, renewals or replacements of said Note, as well as any other loans under which this Mortgage Note is pledged to guarantee said debt. The annual fixed interest rate will be **five point twenty five percent (5.25 %)** (the "Agreed Rate").

On demand of the holder of this Mortgage Note, the total amount owed will be due and will be paid immediately.

When requested, the Debtor will pay the principal and interest in legal tender of the United States of America at the Office of the Lender in Puerto Rico located in # 213 Domenech Ave., Hato Rey, Puerto Rico 00918, or at such other place as shall be from time to time indicated.

This Note is secured by a mortgage granted by the Debtor over certain properties located in ***San Juan, Puerto Rico***, as per **Deed of Mortgage Number Twenty One (21),** granted on **February 12, 2021,** before Notary Public **Carlos Tomassini Ramírez.**

---If suit is brought to collect this Note, the Lender or holder of this Note shall be entitled to collect in such proceeding the agreed and liquidated amount of ten percent (10%) of the original principal amount hereof to cover suit costs and expenses, including, but not limited to, attorney's fees.

If any default is made in the payment of the principal and/or interest under this Note or in the performance of the terms hereof, or any payment or performance required by any Loan Agreement, Mortgage, Pledge Agreement, or other documents, then and thereafter without notice to the maker or any person liable hereunder, the Lender or holder of this Note (or either's pledgee) may, at its option, declare the entire principal balance plus accrued interest to be immediately due and payable without waiver by the holder of the Note of any other rights. The Lender or holder of this Note may exercise this option to accelerate the full payment of this Note during any default regardless of any prior forbearance.

Every person at any time liable for the payment of the debt evidenced by this Note expressly authorizes the Lender or holder of this Note (or either one's pledgee) to immediately apply to the payment of this Note any sum of money or other property belonging to the Debtor or to any such person, deposited or otherwise in the hands of such Lender or holder (or pledgees), provided, however, that neither this authority nor the fact that it may not be exercised, shall alter or modify in any manner the obligation herein incurred.

All co-debtors, makers, sureties, guarantors or endorsees hereof and every person at any time liable for the payment of the debt evidenced by this Note hereby expressly waives any notice, demand, presentment, protest, notice of protest, notice of dishonor, suit and all other requirements otherwise necessary to hold them liable for the payment hereof, and consent to all renewals, indulgences, extensions, and releases of personal liability and of security permitted by the Lender or holder of this Note. This Note shall be the joint and several obligation of all co-debtors, sureties, guarantors and endorsees and every person at any time liable for the payment of the debt evidenced by this Note, and shall be binding upon them and their heirs, personal representatives, successors and assignees.

Every person, at any time liable for the payment of the debt evidenced by this Note hereby further agrees that any waiver by the Lender or holder of the Note (or pledgee) hereof with respect to any default hereunder shall not release or discharge any such person from liability or alter or modify in any manner the obligations incurred herein.

At the option of the Lender or holder of this Note, any default in the terms and conditions of this Note or under any other written instrument given or executed to Lender or the holder of this Note, or

executed by the Debtor to any other party and now owned or held by Lender or the holder of this Note shall constitute a default in the terms and conditions of any one or more or all such notes or other written instruments. Upon default, Lender or the holder of this Note, at its option, may declare this or all other indebtedness owed to be immediately due and payable, and the unpaid principal balance shall thereafter bear interest at the rate(s) as provided in the Note(s) in effect at the time of default. At its option, Lender or the holder of this Note may cease to make any further advances under this Note and may foreclose upon or sell any or all of the security for this Note in such order as it may prefer; and to apply the proceeds of such sale upon any indebtedness owed to the Lender or holder of this Note in whichever order it may desire.

In the event Debtor fails to immediately pay upon demand of Lender, or the holder of this Note, any sums due or incurred by Lender, or the holder of this Note, such as advances for payment of taxes, liens, assessments, insurance premiums, judgments, or other charges on the property securing the payment of this Note, for any purpose stated in this Note, Lender, or the holder of this Note, may advance them, and all amounts so advanced shall become and be a part of the principal due hereunder and shall immediately be due and payable by the Debtor to the Lender or holder of this Note.

In the event of any error or omission in this Note or in the instruments securing it, Debtor will promptly, at the request of Lender or the holder of this Note, execute a new Note and other written instruments deemed necessary by the Lender, or the holder of this Note, to correct such error or omission, and will pay promptly, upon demand all attorneys fees, costs and expenses incurred in connection therewith.

---ORIGINATOR OF A MORTGAGE LOAN: **Héctor M. Aponte** and her identification number of the Nationwide Multistate Licensing System (NMLS):one two four two four three four (1242434).

---MORTGAGE LENDER: **Puerto Rico Farm Credit, ACA** and its identification number of the Nationwide Multistate Licensing System (NMLS) is: five four four two nine zero (544290).

**IN WITNESS WHEREOF**, the Borrowers have duly executed and delivered this Note in San Juan, Puerto Rico, on this February 12, 2021.

Name: Alberto Dapena Del Valle

Affidavit No.: 14,714

Acknowledged and subscribed before me by **Alberto Dapena Del Valle,** of legal age, single, merchant and resident of San Juan, Puerto Rico, whom I not known personally and identified with all the requirements of article 17(c) of the Notarial Law in force, by his driver's license, with photography and signature, number 1906134.

In ***San Juan,*** *Puerto Rico,* this February 12 , 2021.

CARLOS TOMASSINI IBAÑEZ PUERTO RICO ABOGADO-NOTARIO

NOTARY PUBLIC



Rev. 2/15