IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO FARM CREDIT, ACA,<br><br>**Plaintiff,**<br><br>v.<br><br>ALBERTO DAPENA DEL VALLE; PROSITE BUILDERS, LLC,<br><br>**Defendants.** | CIVIL NO. 23-1082 (JAG) |

## JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, Docket No. 17, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, May 7, 2024.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE